### In re Marriage of David WOOLERY Petitioner,

v.

### Donna J. WOOLERY, Appellant.

### No. 51126.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 28, 1986.

Douglas L. Levine, Ferguson, for appellant.

Steven P. Kuenzel, Washington, for petitioner.

## ORDER

PER CURIAM.

This is an appeal from the mother from a trial court judgment which granted the father's motion to modify a dissolution decree by awarding him primary custody of a minor child born of the marriage. No jurisprudential purpose would be served by an extended opinion.

The judgment is affirmed in compliance with Rule 84.16(b).